# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ARMEN SIMONYAN,<br><br>　　　　Defendant. | Case No.  2:23-cr-00641-AB<br><br>ORDER OF DETENTION |

　　　On July 5, 2024, Defendant Armen Simonyan made his initial appearance on the first superseding indictment filed in this matter. The Office of the Federal Public Defender, and specifically DFPD Michael Brown, was appointed to represent Defendant. Mr. Simonyan submitted on the recommendation of the Pretrial Services Report.

　　　The Court makes the following findings:

☐ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☐ the safety of any person or the community.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

> As to risk of non-appearance:
>
> Mr. Simonyan is currently serving a sentence in Los Angeles County custody. According to the Pretrial Services Report, immediately before entering custody, he lacked stable housing. While he claims that he could live with his sister if released, that information was not verified as of the time of the hearing. Nor, as of the time of the hearing, was there a verified individual who was prepared to submit an affidavit of surety on Mr. Simonyan's behalf.

As to danger to the community:

The Court makes no findings, because the risk of non-appearance is sufficient to warrant detention.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: July 5, 2024

/s/
BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE